UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARLAND W. WILLIAMSON, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 15-2096 |
| MR. JERRY LARPENTER, SHERIFF OF TERREBONNE PARISH; ET AL. | SECTION: "H"(5) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed for failure to prosecute pursuant to Local Rule 41.3.1 and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 21st day of October, 2015.

                                                            JANE TRICHE MILAZZO
                                                         UNITED STATES DISTRICT JUDGE